# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 3:17-cr-70 |
| ) | |
| v. ) | APPEARANCE |
| ) | |
| BAO QUOC HUYNH, ) | |
| ) | |
| Defendant. ) | |

COMES NOW, Assistant United States Attorney, William R. Ripley, and hereby enters his appearance as lead counsel for the United States of America in the above-entitled case.

Further, it is requested that all other counsel for the United States, be removed from the court docket.

                                       Respectfully submitted,

                                       Richard D. Westphal
                                       United States Attorney

                            By: /s/ *William Ripley*
                                       William R. Ripley
                                       Assistant United States Attorney
                                       U.S. Courthouse
                                       131 E. Fourth Street, Suite 310
                                       Davenport, Iowa 52801
                                       Tel: (563) 449-5432
                                       Fax: (563) 449-5433
                                       Email: William.Ripley@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2024, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:
____U.S. Mail _____ Fax _____Hand Delivery __X__ECF/Electronic filing  ____Other means

UNITED STATES ATTORNEY

By: */s/ Alexandria Ogden*
      Alexandria M. Ogden, Legal Assistant